FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Taqseem, Inc., a California corporation, Samer Mansour, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>Taqseem, Inc., a California corporation,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>Starbuzz Tobacco, Inc., a California corporation, and ROES 1 through 10, inclusive,<br><br>　　　　　Counter-Defendant. | Case No.: 8:10-cv-01016-AG-RNB<br><br>**Assigned for all purposes to Honorable Andrew J. Guilford**<br><br>**JUDGMENT FOR** ~~[PROPOSED]~~ **PERMANENT INJUNCTION** |

This matter, having come before the Court upon the stipulation of the parties, the parties having agreed to the entry of this injunction as a condition for the dismissal of this case, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, Defendants and Counter-Claimant, Taqseem, Inc. and Samer Mansour (collectively the "Defendants") and their officers, directors, owners, partners, employees, agents, assigns, and representatives, *who receive actual notice of this judgment,* are hereby permanently and forever enjoined from directly or indirectly using, selling, offering for sale, importing, distributing or advertising the trademarks "ROYAL BLACKBERRY", "SEX ON THE BEACH", "EXOTIC SEX", "EXOTIC BUZZ", "GUAVA", "PUMPKIN PIE", "SWEET MELON", "WHITE PEACH", "WILD BERRY MINT", and "WILD MINT", and any other names and/or logos and phrases confusingly similar thereto as provided under the Lanham Act, alone or in combination with tobacco or tobacco related products (the "Injunction").

**IT IS FURTHER ORDERED** that this Injunction shall not prohibit Defendants from informing customers and potential customers that Taqseem, Inc. previously sold products bearing the trademarks in dispute and/or that Taqseem, Inc. has changed its product names and logos as provided in the Settlement Agreement.

~~IT IS FURTHER ORDERED that this Order shall issue and be enforceable without the posting of security by Plaintiff Starbuzz Tobacco, Inc., pursuant to Federal Rules of Civil Procedure 65(c).~~

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

**IT IS FURTHER ORDERED** that the Injunction shall become effective as of the date of entry of this Injunction by the Court.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

**IT IS SO ORDERED.**

DATED: April 26, 2011

Honorable Andrew J. Guilford
United States District Court Judge